**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

---

No. 96-20225

---

In the Matter of: JAMES STRACKA;
In the Matter of: RHONDA STRACKA,

                                                                        Debtors,

MICHAEL EASTON; LAURIE P. EASTON;
AARON KEITER,

                                                                        Appellants,

versus

JAMES STRACKA; RHONDA
STRACKA,

                                                                        Appellees.

---

Appeal from the United States District Court
for the Southern District of Texas

---

(CA-H-94-2763)

April 7, 1997

Before POLITZ, Chief Judge, DeMOSS, Circuit Judge, and DOHERTY,[*] District
Judge.

PER CURIAM:[**]

---

[*]District Judge of the Western District of Louisiana, sitting by designation.

[**]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Michael Easton, Laurie P. Easton, and Aaron Keiter appeal the district court's affirmance of the setting of sanctions by the bankruptcy court. Having considered the briefs, oral arguments of counsel, and pertinent parts of the record, and perceiving neither clearly erroneous findings of fact, error of law, nor abuse of discretion, we AFFIRM.